**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **CR. No. 22-20217-SHL** |
| **vs.** | ) | |
| **MARCO SABILLON URBINA,** | ) | **FILED IN OPEN COURT**<br>**DATE:** 6-27-23<br>**TIME:** 10:00 A.m.<br>**INITIALS:** mm |
| **Defendant.** | ) | |

**MOTION TO DISMISS INDICTMENT WITH PREJUDICE**

Comes now the United States by and through the United States Attorney for the Western District of Tennessee, and files this motion to dismiss the indictment with prejudice. In support of this motion, counsel for the United States would show that on March 1, 2023, the defendant pled guilty to the one-count criminal information in 23-CR-20038-SHL. The defendant was sentenced in 23-CR-20038-SHL on today's date. As such, and pursuant to the plea agreement in 23-CR-20038-SHL, the United States' interest in 22-CR-20217-SHL is satisfied.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

By: *s/Scott P. Smith*
SCOTT P. SMITH (# 033551)
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I, Scott P. Smith, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been served on opposing counsel in open court.

This 26th day of June 2023.

*s/Scott P. Smith*
SCOTT P. SMITH